1
2
3
4
5
6
7
8
9
10
11

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES MILLIGAN,<br><br>    Plaintiff,<br><br>v.<br><br>ZIMMER HOLDINGS, INC., a foreign corporation; ZIMMER, INC., a foreign corporation; ZIMMER ORTHOPAEDIC SURGICAL PRODUCTS, INC., a foreign corporation; ABC CORPORATIONS I-X; and JOHN DOES I-X, inclusive,<br><br>    Defendants. | Case No.:  3:12-cv-00518-LRH-WGC<br><br><br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff James Milligan ("Plaintiff") and defendants Zimmer Holdings, Inc., Zimmer, Inc. and Zimmer Orthopaedic Surgical Products, Inc. (collectively "Defendants"), by and through

/ / /

/ / /

/ / /

1    their respective counsel, stipulate that all of Plaintiff's claims against Defendants are dismissed

2    with prejudice.  Each party shall bear its own costs and attorneys' fees.

3

4    DATED this 19th day of September, 2013          DATED this 19th day of September, 2013

5    SNELL & WILMER L.L.P.                           BRADLEY DRENDEL & JEANNEY

6

7    __/s/  Justin S. Hepworth_____            ___/s/ Mark Wenzel_____
     Jay J. Schuttert, Esq.                          Mark Wenzel, Esq.

8    Justin S. Hepworth, Esq.                        P.O. Box 1987
     3883 Howard Hughes Pkwy., Suite 1100            Reno, Nevada 89505

9    Las Vegas, NV  89169
                                                     Attorneys for Plaintiff James Milligan

10   Attorneys for Defendants

11   Zimmer Holdings, Inc., Zimmer, Inc., and
     Zimmer Surgical, Inc. (f/k/a Zimmer

12   Orthopaedic Surgical Products, Inc.)

13

14                                    **ORDER**

15        IT IS SO ORDERED.

16        DATED this __23rd__ day of September, 2013.

17

18

19                                    _____

20                                    LARRY R. HICKS
                                      UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

                                    - 2 -