1
2
3
4
5
6
7
8
9
10
11

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES MILLIGAN,<br><br>  Plaintiff,<br><br>v.<br><br>ZIMMER HOLDINGS, INC., a foreign corporation; ZIMMER, INC., a foreign corporation; ZIMMER ORTHOPAEDIC SURGICAL PRODUCTS, INC., a foreign corporation; ABC CORPORATIONS I-X; and JOHN DOES I-X, inclusive,<br><br>  Defendants. | Case No.: 3:12-cv-00518-LRH-WGC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff James Milligan ("Plaintiff") and defendants Zimmer Holdings, Inc., Zimmer, Inc. and Zimmer Orthopaedic Surgical Products, Inc. (collectively "Defendants"), by and through

/ / /

/ / /

/ / /

their respective counsel, stipulate that all of Plaintiff's claims against Defendants are dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

DATED this 19th day of September, 2013

SNELL & WILMER L.L.P.

__/s/ Justin S. Hepworth_____
Jay J. Schuttert, Esq.
Justin S. Hepworth, Esq.
3883 Howard Hughes Pkwy., Suite 1100
Las Vegas, NV 89169

Attorneys for Defendants
Zimmer Holdings, Inc., Zimmer, Inc., and Zimmer Surgical, Inc. (f/k/a Zimmer Orthopaedic Surgical Products, Inc.)

DATED this 19th day of September, 2013

BRADLEY DRENDEL & JEANNEY

__/s/ Mark Wenzel_____
Mark Wenzel, Esq.
P.O. Box 1987
Reno, Nevada 89505

Attorneys for Plaintiff James Milligan

## ORDER

IT IS SO ORDERED.

DATED this __23rd__ day of September, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE